| | |
|---|---|
| 1 | CROWELL & MORING LLP |
| | Gabriel M. Ramsey (SBN 209218) |
| 2 | GRamsey@crowell.com |
| | Kayvan M. Ghaffari (SBN 299152) |
| 3 | KGhaffari@crowell.com |
| | 3 Embarcadero Center, 26th Floor |
| 4 | San Francisco, CA  94111 |
| | Telephone: 415.986.2800 |
| 5 | Facsimile:  415.986.2827 |
| 6 | CROWELL & MORING LLP |
| | Emily T. Kuwahara (SBN 252411) |
| 7 | EKuwahara@crowell.com |
| | 515 South Flower St., 40th Floor |
| 8 | Los Angeles, CA 90071 |
| | Telephone: 213.622.4750 |
| 9 | Facsimile: 213.622.2690 |
| 10 | *Attorneys for Defendant* |
| | StubHub, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SPOTLIGHT TICKET MANAGEMENT, INC., a Delaware corporation, <br><br>              Plaintiff, <br><br>         v. <br><br> STUBHUB, INC., a Delaware corporation; AWIN, INC. d/b/a AWIN GLOBAL AFFILIATE NETWORK, a Delaware corporation, <br><br>              Defendants. | Case No. 2:19-cv-10791-PA-JC <br><br> **ORDER DENYING JOINT STIPULATION TO REQUEST EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** <br><br> **Stipulation filed concurrently** <br><br> Amended complaint due:      March 13, 2020 <br> Current response due:          March 27, 2020 <br> Proposed new response date:                                  April 3, 2020 |

# ORDER

WHEREAS, good cause is shown, **IT IS HEREBY ORDERED**, based on the concurrently filed Stipulation of the parties as follows:

Defendants StubHub, Inc. and Awin, Inc. d/b/a Awin Global Affiliate Network shall have until April 3, 2020 to respond to the Amended Complaint.

**DENIED**
BY ORDER OF
***
UNITED STATES DISTRICT JUDGE
02/24/20

**IT IS SO ORDERED**.

Dated:

Honorable Percy Anderson
U.S. District Judge

***The stipulation is denied without prejudice. If and when an amended complaint is filed, the parties can, if appropriate, apply for an extension.