JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPOTLIGHT TICKET MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUBHUB, INC. et al., <br><br> Defendants. | CV 19-10791 PA (JCx) <br><br> JUDGMENT |

Pursuant to the Court's May 22, 2020 Order dismissing without leave to amend Plaintiff's claims for violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1962(c), 1962(d), and declining to exercise supplemental jurisdiction over Plaintiff's remaining state law claims,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff's RICO claims are dismissed with prejudice; and

2. Plaintiffs' state law claims are dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 22, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE